**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TIMOGEN ANTHONY SIMPSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL, Warden,<br><br>　　　　Respondent. | CASE NO. SACV 20-00753-ODW(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 3, 2021

　　　　　　　　　　　　　　　　　　／s／ Otis D. Wright
　　　　　　　　　　　　　　　　　OTIS D. WRIGHT
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE